Musa's

March 29, 2021

Dear Mr. Williams,

It has come to our attention that AHA will only pay your rental payment in the amount of $1,527.00, your rent increase for 4/1/2021-3/31/2022 will be $1,802.00 and AHA will not pay any more than what they currently pay.
I was informed by (Katrina Hickerson) from AHA that the tenant is not allowed to pay anything other than the amount authorized by Atlanta Housing. Additional payments outside those approved is grounds for termination of participation for the tenant and landlord. I spoke to the Regional Manager Josh Wypasek and the President of my company Derek Aynsley of Aderhold Properties, Inc. and was informed that we will terminate our participation with AHA.

With that being said, I was advised by AHA to send in a form "notice to vacate" with AHA which I have already done. We will give you until June 30, 2021 to vacate our premises and will send you a notice to vacate procedure from our office. If you have any additional questions or concerns regarding this notice to vacate please contact your case worker from AHA. Thank you.

Sincerely,

Tikki Douangmala
Property Manager
50 Peachtree Street NW
Atlanta, GA 30303
Email: tdouangmala@aderholdproperties.net
Phone: 404-523-7344

*[handwritten annotations:]* re you accepting housing choice vouchers (4)523-4484 do you have anymore caretaker property scam Brittney Housing called me to send me reasonable accommodation help me cook! left rice on stove and it burned

50 Peachtree Street, N.W. Atlanta, Georgia 30303 / ph 404-523-7344 / fax 404-523-7346